1  CHRISTOPHER D. SULLIVAN [148083]
   WILLIAM J. WALRAVEN [262586]
2  McGRANE GREENFIELD LLP
   One Ferry Building, Suite 220
3  San Francisco, CA 94111
   Telephone:  (415) 283-1776
4  Facsimile:   (415) 283-1777

5  Attorneys for Plaintiff and Appellant,
   Michael F. Burkart, Chapter 7 Trustee
6

7

8              UNITED STATES BANKRUPTCY COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11

| In re: | District Court Case No. 09-CV-02910-GEB |
|---|---|
| RICHARD J. SHIELDS, | |
| Debtor. | Case No. 06-22377-C-7<br>Chapter 7 |
| | Adv. Proc. No. 08-02352-C |
| THE BANKRUPTCY ESTATE OF RICHARD J. SHIELDS, by and through MICHAEL F. BURKART, Chapter 7 Trustee, | **STIPULATION AND ORDER ON APPELLEE'S MOTION TO STRIKE ITEMS DESIGNATED BY APPELLANT FROM RECORD ON APPEAL** |
| Plaintiff, | |
| vs. | Date: January 25, 2010<br>Time: 9:00 AM |
| NEIL MCLEAN (aka NEAL MCLEAN) and RUSSELL LONGAWAY, | Place: Courtroom 10<br>        501 I Street, 13th Floor<br>        Sacramento, CA 95814 |
| Defendants. | Judge: Hon. Garland E. Burrell, Jr. |

1  WHEREAS, on December 17, 2009, Defendant and Appellee Neil McLean
2  ("McLean") filed a Motion to Strike Items Designated by Plaintiff and Appellant,
3  Michael F. Burkart, Chapter 7 Trustee of the Bankruptcy Estate of Debtor Richard
4  J. Shields ("Trustee") from Record on Appeal ("Motion").
5  AND WHEREAS, Trustee and McLean have consented to resolve this
6  Motion by agreement without substantial further action by this Court.
7  The Trustee and McLean, acting through undersigned counsel of record
8  hereby stipulate to the following:
9  1.  The Trustee and McLean agree to strike certain items designated by
10 Trustee from the record on appeal, as follows:
11      a. "Pleadings re Motion for Sanctions Pursuant to BR 9011" (Items
12         3A-Y).
13      b. "Pleadings re Motion for Judgment on the Pleadings" (Items 5A-
14         Q).
15      c. "Transcript of Proceedings On Motion for Judgment on
           Pleadings" (Item 7).
16      d. "Notice Regarding Introduction of Deposition Testimony of
17         Witness Kenneth J. Herold" (Item 12).
18      e. "Deposition of Neil McLean" (Item 27).
19      f. "Deposition of Russell Longaway" (Item 28).
20 2.  The Trustee and McLean further agree that Trustee shall reserve,
21 without prejudice, any right to modify, restate, or supplement the record on appeal,
22 including but not limited to the stricken items described above, as permitted by
23 Federal Rule of Appellate Procedure 10(e) and applicable Bankruptcy Code and
24 Rules.
25
26

1        3.      Based on the foregoing, the hearing on the Motion, currently
2  scheduled for January 25, 2010 at 9:00 AM, shall be taken off calendar as no
3  hearing is necessary.

4  DATED:  January 12, 2010              MGRANE GREENFIELD LLP

5                                        By:    /s/ Christopher D. Sullivan
6                                                  Christopher D. Sullivan
                                         Attorneys for Plaintiff and Appellant,
7                                        Michael F. Burkart, Chapter 7 Trustee

8

9                                        MACDONALD & ASSOCIATES

10                                       By:    /s/ Reno F.R. Fernandez III
11                                                 Reno F.R. Fernandez III
                                         Attorneys for Defendant and Appellee,
12                                       Neil McLean

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

1. The hearing on Defendant and Appellee's Motion to Strike Items Designated by Appellant from Record on Appeal, currently scheduled for January 25, 2010 at 9:00 AM, shall be vacated.

2. The following items shall be stricken from the record on appeal, as follows:

   a. "Pleadings re Motion for Sanctions Pursuant to BR 9011" (Items 3A-Y).

   b. "Pleadings re Motion for Judgment on the Pleadings" (Items 5A-Q).

   c. "Transcript of Proceedings On Motion for Judgment on Pleadings" (Item 7).

   d. "Notice Regarding Introduction of Deposition Testimony of Witness Kenneth J. Herold" (Item 12).

   e. "Deposition of Neil McLean" (Item 27).

   f. "Deposition of Russell Longaway" (Item 28).

3. The Trustee reserves, without prejudice, any right to modify, restate, or supplement the record on appeal, including but not limited to the stricken items described above, as permitted by Federal Rule of Appellate Procedure 10(e) and applicable Bankruptcy Code and Rules.

**IT IS SO ORDERED.**

DATED:  January 21, 2010

GARLAND E. BURRELL, JR.
United States District Judge