MACDONALD & ASSOCIATES
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
914 Thirteenth Street
Modesto, CA  95354-0903
Telephone: (209) 549-7949
Facsimile:  (209) 236-0172

Attorneys for Defendant and Appellant,
NEIL McLEAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | District Court Case No. 09-02910-GEB |
| RICHARD J. SHIELDS, | Bankruptcy Court Case No. 06-22377-C-7 |
| Debtor. | Chapter 7 |
| | Adv. Proc. No. 08-02352 |
| THE BANKRUPTCY ESTATE OF RICHARD J. SHIELDS, through MICHAEL F. BURKART, Chapter 7 Trustee, | AMENDED STIPULATION AND ORDER RE BRIEFING SCHEDULE[1] |
| Plaintiff, | |
| v. | |
| NEIL McLEAN, and RUSSELL LONGAWAY, | |
| Defendants. | |

WHEREAS, both the Plaintiff in the Adversary Proceeding that is the subject of the within cross-appeals, the Chapter 7 Trustee, Michael F. Burkart, and one of the Defendants, Neil McLean, have both take appeals from the judgment of the Bankruptcy Court;

AND WHEREAS, the Bankruptcy Court was working to compile the record from

---

[1] This is to amend the Stipulation and [Proposed] Order Extending Time to File Appellant and Cross-Appellant's Opening Briefs on Appeal, filed on April 8, 2010.

AMENDED STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

October 2009 until March 31, 2010;

AND WHEREAS, Federal Rules of Bankruptcy Procedure 8009 only provides Appellant 14 days to file its opening briefs after the docketing of the appeal;

AND WHEREAS, counsel for both Appellant and Appellee have busy and demanding litigation schedules and have worked cooperatively in relation to prosecuting both this appeal and during the trial of the underlying Adversary Proceeding;

AND WHEREAS, both parties stipulate to the requested relief and no party will be prejudiced;

AND WHEREAS, Federal Rules of Bankruptcy Procedure 8009 provides that the time to file the opening brief may be extended by this Court for good cause;

AND WHEREAS, absent an extension of time the quality of the briefs on appeal may be adversely impacted and the effectiveness of the Court's review made more difficult;

Defendant and Appellant Neil McLean and Plaintiff and Appellee Michael F. Burkart, Chapter 7 Trustee of the Bankruptcy Estate of Debtor Richard J. Shields, hereby stipulate to the following briefing schedule:

1.      Appellant's opening brief to be filed on or before May 14, 2010;

2.      Appellee's responsive brief, including discussion of Appellee's cross-appeal, to be filed on or before June 4, 2010;

3.      Appellant's reply brief to be filed on or before June 18, 2010; and

4.      Appellee's sur-reply brief to be filed on or before June 28, 2010.

DATED:  April 14, 2010

MACDONALD & ASSOCIATES                  MGRANE GREENFIELD LLP

By:/s/ Reno F.R. Fernandez III              By:/s/ Christopher D. Sullivan
    Reno F.R. Fernandez III                      Christopher D. Sullivan
    Attorneys for Defendant and Appellant,       Attorneys for Plaintiff and Appellee,
    Neil McLean                                  Michael F. Burkart, Chapter 7 Trustee

AMENDED STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

1

## <u>ORDER</u>

2

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

3

    1.    Appellant's opening brief shall be filed on or before May 14, 2010;

4

    2.    Appellee's responsive brief, including discussion of Appellee's cross-appeal,

5

shall be filed on or before June 4, 2010;

6

    3.    Appellant's reply brief shall be filed on or before June 18, 2010; and

7

    4.    Appellee's sur-reply brief shall be filed on or before June 28, 2010.

8

**IT IS SO ORDERED.**

9

DATED:  April 16, 2010

10

GARLAND E. BURRELL, JR.
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE