MACDONALD & ASSOCIATES
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
914 Thirteenth Street
Modesto, CA  95354-0903
Telephone: (209) 549-7949
Facsimile:  (209) 236-0172

Attorneys for Defendant and Appellant,
NEIL McLEAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>RICHARD J. SHIELDS,<br><br>　　　　　　Debtor.<br><br>THE BANKRUPTCY ESTATE OF RICHARD J. SHIELDS, through MICHAEL F. BURKART, Chapter 7 Trustee,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>NEIL McLEAN, and RUSSELL LONGAWAY,<br><br>　　　　　　Defendants. | District Court Case No. 09-02910-GEB<br><br>Bankruptcy Court Case No. 06-22377-C-7<br><br>Chapter 7<br><br>Adv. Proc. No. 08-02352<br><br>STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE |

　　　　WHEREAS, both the Plaintiff in the Adversary Proceeding that is the subject of the within cross-appeals, the Chapter 7 Trustee, Michael F. Burkart, and one of the Defendants, Neil McLean, have both take appeals from the judgment of the Bankruptcy Court;

　　　　AND WHEREAS, the designation of the parties was recently changed such that McLean is designated as Appellant and Burkart is designated as Appellee;

　　　　AND WHEREAS, counsel for Appellant recently suffered from an illness;

　　　　AND WHEREAS, counsel for Appellant has had difficulty in obtaining copies of

certain documents from Defendant Russell B. Longaway necessary to complete the record on appeal;

AND WHEREAS, counsel for both Appellant and Appellee have busy and demanding litigation schedules and have worked cooperatively in relation to prosecuting both this appeal and during the trial of the underlying Adversary Proceeding;

AND WHEREAS, both parties stipulate to the requested relief and no party will be prejudiced;

AND WHEREAS, Federal Rules of Bankruptcy Procedure 8009 provides that the time to file the opening brief may be extended by this Court for good cause;

AND WHEREAS, absent an extension of time the quality of the briefs on appeal may be adversely impacted and the effectiveness of the Court's review made more difficult;

Defendant and Appellant Neil McLean and Plaintiff and Appellee Michael F. Burkart, Chapter 7 Trustee of the Bankruptcy Estate of Debtor Richard J. Shields, hereby stipulate to the following briefing schedule:

1. Appellant's opening brief to be filed on or before May 24, 2010;

2. Appellee's responsive brief, including discussion of Appellee's cross-appeal, to be filed on or before June 14, 2010;

3. Appellant's reply brief to be filed on or before June 28, 2010; and

4. Appellee's sur-reply brief to be filed on or before July 8, 2010.

DATED: May 14, 2010

| MACDONALD & ASSOCIATES | MGRANE GREENFIELD LLP |
|---|---|
| By: /s/Reno F.R. Fernandez III<br>    Reno F.R. Fernandez III<br>    Attorneys for Defendant and Appellant,<br>    Neil McLean | By: /s/Christopher D. Sullivan<br>    Christopher D. Sullivan<br>    Attorneys for Plaintiff and Appellee,<br>    Michael F. Burkart, Chapter 7 Trustee |

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

1. Appellant's opening brief shall be filed on or before May 24, 2010;

2. Appellee's responsive brief, including discussion of Appellee's cross-appeal, shall be filed on or before June 14, 2010;

3. Appellant's reply brief shall be filed on or before June 28, 2010; and

4. Appellee's sur-reply brief shall be filed on or before July 8, 2010.

**IT IS SO ORDERED.**

DATED: May 18, 2010

GARLAND E. BURRELL, JR.
United States District Judge