IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re: RICHARD J. SHIELDS,  )
                                         ) District Court Case No.:
        Debtor,        ) 2:09-cv-02910-GEB
_____ )
                                         ) Bankruptcy Court Case No.:
THE BANKRUPTCY ESTATE OF RICHARD ) 06-22377-C-7
J. SHIELDS, through MICHAEL F.  )
BURKART, Chapter 7 Trustee,  ) Chapter 7
                                         )
        Plaintiff,      ) Adv. Proc. No. 08-02352
                                         )
    v.                       )
                                         )
NEIL McLEAN and RUSSELL  ) <u>ORDER DENYING REQUEST TO</u>
LONGAWAY,                ) <u>CONTINUE HEARING ON APPEAL</u>
                                         )
        Defendants.     )
_____ )

       At 1:36 p.m. on October 22, 2010, the parties filed a request to continue the hearing on the appeal, which is scheduled to commence at 9:00 a.m. on October 25, 2010. The parties have known about the hearing date since it was scheduled by minute order filed September 8, 2010, and do not provide sufficient reason to justify continuing the hearing at this late date. Local Rule 230(f) prescribes: "Requests for continuances of hearings on the motion calendar, upon stipulation or otherwise, shall be made to the Judge . . . on whose calendar the matter is set, at least seven (7) days before the scheduled hearing date." Since the request is untimely, and sufficient reason has not been provided to justify noncompliance with Local Rule 230(f), the continuance request is denied.

Dated:  October 22, 2010

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

1